STEPHEN F. SHERRY
BRIAN C. BIANCO
McANDREWS, HELD & MALLOY, LTD.
500 W Madison St, 34th Floor
Chicago, IL 60661
Telephone: 312.775.8000
Facsimile: 312.775.8100

MATTHEW POWERS (Bar. No. 124493)
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
Facsimile: 415.772.7400

Attorneys for Plaintiff
GRUNDFOS PUMPS
MANUFACTURING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 4033

| | |
|---|---|
| GRUNDFOS PUMPS MANUFACTURING CORPORATION, | GRUNDFOS PUMPS MANUFACTURING CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Plaintiff, | |
| v. | |
| LAING THERMOTECH, INC. | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Grundfos Management A/S, Poul Due Jensens Vej 7, 8850 Bjerringbro, Denmark

2. Grundfos Pumps Corporation, 17100 W. 118th Terrace, Olathe, KS 66061

August 6, 2007

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Matthew Powers

McANDREWS, HELD & MALLOY, LTD.
STEPHEN F. SHERRY
BRIAN C. BIANCO

Attorneys for Plaintiff
GRUNDFOS PUMP MANUFACTURING
CORPORATION

GRUNDFOS PUMPS MANUFACTURING
CORPORATION'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS