1  STEPHEN F. SHERRY
   BRIAN C. BIANCO
2  McANDREWS, HELD & MALLOY, LTD.
   500 W Madison St, 34th Floor
3  Chicago, IL 60661
   Telephone: 312.775.8000
4  Facsimile: 312.775.8100

5  MATTHEW T. POWERS (Bar. No. 124493)
   SIDLEY AUSTIN LLP
6  555 California Street
   Suite 2000
7  San Francisco, CA 94104
   Telephone: 415.772.1200
8  Facsimile:  415.772.7400
   *Email: mpowers@sidley.com*
9
   Attorneys for Plaintiff
10 GRUNDFOS PUMPS
   MANUFACTURING CORPORATION

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | | |
|---|---|---|
| 16 | GRUNDFOS PUMPS MANUFACTURING CORPORATION, | ) ) ) | Case No. C 07-4033 JL |
| 17 |  Plaintiff, | ) ) ) ) | DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE |
| 18 | v. | ) ) | |
| 19 | LAING THERMOTECH, INC. | ) ) | |
| 20 |  Defendant. | ) ) | |

21

22

23       Plaintiff GRUNDFOS PUMPS MANUFACTURING CORPORATION ("Plaintiff"),

24 by and through its counsel of record, respectfully declines to consent to the assignment of this case to

25       / / /

26       / / /

27       / / /

28       / / /

1  a United States Magistrate Judge for trial and disposition; and hereby respectfully requests the
2  reassignment of this case to a United States District Judge.

4  Dated: August 7, 2007                                    /s/
5                                                                   SIDLEY AUSTIN LLP
                                                                    Matthew T. Powers

7                                                                   McANDREWS, HELD & MALLOY, LTD.
                                                                    Stephen F. Sherry
8                                                                   Brian C. Bianco

                                                                    Attorneys for Plaintiff
10                                                                  GRUNDFOS PUMPS MANUFACTURING
                                                                    CORPORATION