|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

4  GRUNDFOS PUMPS MANUFACTURING CORPORATION

5          Plaintiff(s),                              No. 07-04033 JL

6      v.                                             NOTICE OF IMPENDING
                                                      REASSIGNMENT TO A UNITED
7                                                     STATES DISTRICT COURT JUDGE

8  LAING THERMOTECH INC.

9          Defendant(s).
   _____/
10

11     The Clerk of this Court will now randomly reassign this case to a United States District

12 Judge because either:

13 **XX**    (1)    One or more of the parties has requested reassignment to a United States

14 District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15         (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16 restraining order) that a United States Magistrate Judge may not take without the consent of

17 all parties, the necessary consents have not been secured, and time is of the essence.

18     The **CASE MANAGEMENT CONFERENCE** previously scheduled for November 14,

19 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20 Dated: August 8, 2007

21                                                    Richard W. Wieking, Clerk
                                                      United States District Court

22                                                    _Wings Hom_
                                                      _____
23                                                    By: Wings Hom, Deputy Clerk

24

25

26

27

28