UNITED STATES DISTRICT COURT
Northern District of California

**Grundfos Pumps Manufacturing Corporation**

         Plaintiff(s),

v.

**Laing Thermo Tech, Inc.**

         Defendant(s).

CASE NO. C 07 4033 JL JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

**Stephen F. Sherry**, an active member in good standing of the bar of **Northern District Of Illinois** whose business address and telephone number (particular court to which applicant is admitted) is

500 W. Madison Street, Suite 3400, Chicago, IL 60661, 312-775-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 1 3 2007

United States District Judge