# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GRUNDFOS PUMPS MANUFACTURING
CORPORATION

V.

LAING THERMOTECH, INC.

SUMMONS IN A CIVIL CASE 

CASE NUMBER: C 07-4033

TO: (Name and address of defendant)

Laing Thermotech, Inc. (830 Bay Blvd. Ste 101, Chula Vista, CA 91911), by its agent for service of process:
William J. Mcrea
830 Bay Blvd. Ste 101
Chula Vista, CA 91911

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN F. SHERRY
McANDREWS, HELD & MALLOY, LTD.
500 W Madison St, 34th Floor
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE AUG 6 2007

ANNA SPRINKLES

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE September 5, 2007 |
| Name of SERVER  Kristin Juliar | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Laing Thermotech's counsel (G. Peter Albert, Jr.) agreed to accept service via Federal Express.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 5, 2007
  Date

*Signature of Server*   Kristin Juliar

500 W. Madison St, 34th Floor, Chicago
IL 60661
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure