STEPHEN F. SHERRY (*admitted pro hac vice*)
BRIAN C. BIANCO (*admitted pro hac vice*)
McANDREWS, HELD & MALLOY, LTD.
500 W Madison St, 34th Floor
Chicago, IL 60661
Telephone: 312.775.8000
Facsimile: 312.775.8100

MATTHEW POWERS (Bar. No. 124493)
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
Facsimile: 415.772.7400

Attorneys for Plaintiff
GRUNDFOS PUMPS
MANUFACTURING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUNDFOS PUMPS MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LAING THERMOTECH, INC.<br><br>Defendant. | C. A. No. CV 07-04033 JSW<br><br>**GRUNDFOS'S CERTIFICATE OF SERVICE PURSUANT TO CIVIL L.R. 4-2 AND CIVIL L.R. 5-6**<br><br>Judge: Honorable Jeffery S. White |

CV 07-04033 JL (JSW)    1    GRUNDFOS'S CERTIFICATE OF SERVICE PURSUANT TO CIVIL L.R. 4-2 AND CIVIL L.R. 5-6

GRUNDFOS PUMPS MANUFACTURING CORP. v. LAING THERMOTECH, INC
United States District Court Case No. CV 07-04033 JL (JSW)

## CERTIFICATE OF SERVICE

I, Kristin Juliar certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- Complaint For Patent Infringement;
- Summons In A Civil Case;
- Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement;
- Grundfos Pumps Manufacturing Corporation's Certification Of Interested Entities Or Persons;
- Reassignment Order;
- Judge White's Standing Order For Patent Cases; and
- Judge White's Standing Orders

via personal service, overnight courier (Via Federal Express), facsimile or first class mail, as indicated below:

**Via Overnight Courier and E-Mail**

*Attorneys for Defendant*

G. Peter Albert, Jr.
Foley & Lardner LLP
11250 El Camino Real
Suite 200
San Diego, California 92138

Executed on September 5, 2007, in Chicago, Illinois

_____
Kristin Juliar