1 | G. Peter Albert, Jr. (Bar No. 211248)
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW

11250 EL CAMINO REAL
SUITE 200
SAN DIEGO, CA 92130
PHONE: 858-847-6700
FAX: 858-792-6773

1530 PAGE MILL ROAD
PALO ALTO, CA 94304
PHONE: 650-856-3700
FAX: 650-856-3710

ATTORNEYS FOR DEFENDANT LAING THERMOTECH, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRUNDFOS PUMPS MANUFACTURING CORPORATION, | CASE NO. 07-4033 |
| Plaintiff, | **DEFENDANT'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| LAING THERMOTECH, INC., | |
| Defendant. | |

Pursuant to Local Rule 3-16, Defendant, Laing Thermotech, Inc. ("Laing") submits its Certification of Interested Entities or Persons. Laing hereby states that the following persons, associations, firms, partnerships, corporations, or other entities may have an interest, financial or otherwise, in the outcome of the above-referenced case:

1. NAME

   Laing Holding GmbH, Klingelbrunnenweg 4, D-71686 Remseck, Germany

///

///

1

DEFENDANT'S L.R. 3-16 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 07-4033

CHIC_1633911.1

| | | |
|---|---|---|
| 1 | DATED: September 27, 2007 | LAING THERMOTECH, INC. |
| 2 | | |
| 3 | | _/G. Peter Albert, Jr./_____ |
| | | G. Peter Albert, Jr. |
| 4 | | FOLEY & LARDNER LLP |
| 5 | | 11250 El Camino Real, Suite 200 |
| | | San Diego, California  92130 |
| 6 | | 858.847.6735 (Telephone) |
| 7 | | 858.792.6773 (Facsimile) |
| 8 | | **ATTORNEYS FOR DEFENDANT LAING THERMOTECH, INC.** |

2

DEFENDANT'S L.R. 3-16 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 07-4033

CHIC_1633911.1

**PROOF OF SERVICE – ELECTRONIC TRANSMISSION**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am and was at all times herein mentioned employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 11250 El Camino Real, Suite 200, San Diego, California 92130.

On September 27, 2007, I electronically served **DEFENDANT'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action via the CM/ECF system addressed as follows:

| | |
|---|---|
| **Brian Christopher Bianco** | **Matthew Thomas Powers** |
| **McAndrews, Held & Malloy** | **Sidley Austin, LLP** |
| **500 West Madison Street, Suite 3400** | **555 California Street, Suite 5000** |
| **Chicago, IL 60661** | **San Francisco, CA 94104** |
| **Tel: (312) 775-8037/Fax: (312) 775-8100** | **Tel: (415) 772-1200/Fax:(415) 772-7400** |
| **bbianco@mcandrews-ip.com** | **mpowers@sidley.com** |

**Stephen Francis Sherry**
**McAndrews, Held & Malloy**
**500 West Madison Street, Suite 3400**
**Chicago, IL 60661**
**Tel: (312) 775-8037/Fax: (312) 775-8100**
**ssherry@mcandrews-ip.com**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on September 27, 2007, at San Diego, California.

Dated: September 27, 2007

By: /G. Peter Albert, Jr./
G. Peter Albert, Jr.
FOLEY & LARDNER
11250 El Camino Real, Suite 200
San Diego, California 92138
Tel: (858) 847-6700
Fax: (858) 792-6773
Attorneys for Defendant
HEALTHFUSION, INC.