1  TOWNSEND AND TOWNSEND AND CREW LLP
   Igor Shoiket (State Bar No. 190066)
2  ishoiket@townsend.com
   Alexandra M. Sepulveda (State Bar 233216)
3  amsepulveda@townsend.com
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone: 415-576-0200
5  Facsimile: 415-576-0300

6

   Attorneys for Plaintiff
7  GRUNDFOS PUMPS
   MANUFACTURING CORPORATION
8

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14  GRUNDFOS PUMPS MANUFACTURING          Case No.   C-07-4033
    CORPORATION,
15                                        **NOTICE OF SUBSTITUTION**
                    Plaintiff,            **OF COUNSEL**
16
         v.
17
    LAING THERMOTECH, INC.,
18
                    Defendant.
19

20

21

22

23

24

25

26

27

28

NOTICE IS HEREBY GIVEN that, effective immediately, Plaintiff Grundfos Pumps Manufacturing, Corporation ("Grundfos") hereby substitute as their local counsel of record Igor Shoiket and Alexandra M. Sepulveda of Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111, telephone (415) 576-0200 and facsimile (415) 576-0300, in place of Matthew T. Powers of Sidley Austin LLP. Notices, pleadings, orders, rulings, and any other documents served in this action should be directed to Townsend and Townsend and Crew LLP at the above address.

Stephen F. Sherry and Brian C. Bianco of McAndrews, Held and Malloy, Ltd. remain as lead counsel for Plaintiff Grundfos in this case.

Plaintiff Grundfos Pumps Manufacturing, Corporation consents to this substitution.

DATED: October 1, 2007        GRUNDFOS PUMPS MANUFACTURING, CORP.

By: _____

Townsend and Townsend and Crew LLP accepts this substitution.

DATED: October 1, 2007        TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Igor Shoiket
Alexandra M. Sepulveda

Sidley Austin LLP consents to this substitution.

DATED: October 1, 2007        SIDLEY AUSTIN LLP

By: _____
Matthew T. Powers