1  TOWNSEND AND TOWNSEND AND CREW LLP
   Igor Shoiket (State Bar No. 190066)
2  ishoiket@townsend.com
   Alexandra M. Sepulveda (State Bar 233216)
3  amsepulveda@townsend.com
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone: 415-576-0200
5  Facsimile: 415-576-0300

6

   Attorneys for Plaintiff
7  GRUNDFOS PUMPS
   MANUFACTURING CORPORATION
8

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13

14 | GRUNDFOS PUMPS MANUFACTURING      | Case No.   C-07-4033
   | CORPORATION,                     |
15 |                                  | **NOTICE OF SUBSTITUTION**
   |           Plaintiff,             | **OF COUNSEL AND ORDER THEREON**
16 |                                  |
   |     v.                           |
17 |                                  |
   | LAING THERMOTECH, INC.,          |
18 |                                  |
   |           Defendant.             |
19

20

21

22

23

24

25

26

27

28

NOTICE IS HEREBY GIVEN that, effective immediately, Plaintiff Grundfos Pumps Manufacturing, Corporation ("Grundfos") hereby substitute as their local counsel of record Igor Shoiket and Alexandra M. Sepulveda of Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111, telephone (415) 576-0200 and facsimile (415) 576-0300, in place of Matthew T. Powers of Sidley Austin LLP. Notices, pleadings, orders, rulings, and any other documents served in this action should be directed to Townsend and Townsend and Crew LLP at the above address.

Stephen F. Sherry and Brian C. Bianco of McAndrews, Held and Malloy, Ltd. remain as lead counsel for Plaintiff Grundfos in this case.

Plaintiff Grundfos Pumps Manufacturing, Corporation consents to this substitution.

DATED: October 1, 2007     GRUNDFOS PUMPS MANUFACTURING, CORP.

By: _____

Townsend and Townsend and Crew LLP accepts this substitution.

DATED: October 1, 2007     TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Igor Shoiket
Alexandra M. Sepulveda

Sidley Austin LLP consents to this substitution.

DATED: October 1, 2007     SIDLEY AUSTIN LLP

By: _____
Matthew T. Powers

IT IS SO ORDERED
Judge Jeffrey S. White

Dated: October 9, 2007