1   Stephen F. Sherry *(pro hac vice)*
    Brain C. Bianco *(pro hac vice)*
2   MCANDREWS, HELD & MALLOY, LTD.
    500 West Madison Street, 34th Floor
3   Chicago, Illinois 60661
    Telephone: (312) 775-8000
4   Facsimile: (312) 775-8100

5   Igor Shoiket (190066)
    TOWNSEND AND TOWNSEND AND CREW LLP
6   Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
7   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
8
    Counsel for Plaintiff Grundfos Pumps
9   Manufacturing Corporation

10  G. Peter Albert, Jr. (211248)
    FOLEY & LARDNER LLP
11  11250 El Camino Real
    Suite 200
12  San Diego, California  92130
    Telephone: 858-847-6700
13  Facsimile: 858-792-6773

14  Counsel for Defendant Laing Thermotech, Inc.

15              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
16

17  | GRUNDFOS PUMPS PUMPS MANUFACTURING CORP., | Case No.   C-07-4033 JSW |
    |---|---|
    | Plaintiff, | |
    | v. | **STIPULATION AND [PROPOSED] ORDER (1) ENTERING CONSENT JUDGMENT and (2) PERMANENT INJUNCTION** |
    | LAING THERMOTECH, INC., | |
    | Defendant. | Hon. Jeffrey S. White |

1       Pursuant to Northern District Civil Local Rules 7-1(a)(5) and 7-12, as well as Fed.R.Civ.P. 58 and 65, Plaintiff, Grundfos Pumps Manufacturing Corporation ("GRUNDFOS"), and defendant, Laing Thermotech, Inc. ("LAING"), jointly submit this stipulation requesting an Order from this Court (1) entering a final consent judgment in this action and (2) a permanent injunction against any further infringement by defendant of plaintiff's patent rights.

## BACKGROUND

      This is a patent infringement action commenced on August 6, 2007 by GRUNDFOS against defendant LAING involving two patents.  The patents-in-suit relate generally to water control valves and pumps for use in home or industrial water distribution systems that supply water to various fixtures at different temperatures through different pipe systems.  More specifically, the patented technology relates to such water control valves that are adaptable for use with a pump and bypass valve so as to bypass cold or tepid water away from the associated fixture until it reaches the desired temperature.

      LAING has manufactured, used, sold, and offered for sale in the United States its AUTOCIRC2 SYSTEM which incorporates a water pump and bypass valve combination, and provided installation and operating instructions to purchasers of that system.  GRUNDFOS alleges that the LAING AUTOCIRC2 SYSTEM infringes the patents in suit.

      LAING has answered the complaint and served a counterclaim.  GRUNDFOS has replied to the LAING counterclaim.

1   On October 26, 2007, the Court entered a preliminary injunction order by
2   stipulation and stayed this litigation for ninety (90) days while the parties pursued
3   further settlement discussions (Doc. 21).
4   GRUNDFOS and LAING have now reached an agreement to resolve this matter
5   by the entry of a consent final judgment and permanent injunction. A stipulation to
6   that effect and proposed order are set out below.

## STIPULATION REGARDING CONSENT JUDGMENT
## AND PERMANENT INJUNCTION

9   **IT IS HEREBY STIPULATED,** by and between the parties, and through their
10  respective attorneys of record that:
11  (1) this Court should enter a consent final judgment incorporating the following:
12  a) This Court has jurisdiction over GRUNDFOS and LAING, as well as
13  over the subject matter of this patent infringement action.
14  b) Venue is proper in this Court.
15  c) LAING acknowledges and admits that U.S. Patent Nos. 6,536,464 and
16  7,073,528 are owned by GRUNDFOS and are valid and enforceable in all respects,
17  including with respect to any future litigation, with regard to any products or parties
18  and for all purposes.
19  d) LAING acknowledges and admits that its manufacture, use, sale, and
20  offer for sale in the United States of its AUTOCIRC2 SYSTEM infringed claims of
21  U.S. Patent Nos. 6,536,464 and 7,073,528.
22  e) Final Judgment is therefore entered in favor of GRUNDFOS and
23  against LAING. LAING'S Counterclaim is dismissed with prejudice. LAING
24  acknowledges and agrees that the Final Judgment is binding upon and constitutes *res*

1  *judicata* between the parties.  LAING further waives all right to appeal from this Final

2  Judgment.  GRUNDFOS waives all right to recover damages against LAING or

3  LAING's customers for infringement of the patents in suit which occurred prior to the

4  effective date of the permanent injunction.

5          f) Each party shall bear is own costs and attorney's fees.

6    (2) the Court shall also enter a permanent injunction consistent with the

7  following provisions:

8          a) Defendant LAING along with its directors, officers, employees,

9  successors, and assigns, are permanently restrained, enjoined and prohibited from

10  further infringement of the patents in suit including manufacturing, importing, using,

11  selling, and/or offering for sale the AUTOCIRC2 water pump and bypass valve system

12  in the United States for the duration of time that U.S. Patent Nos. 6,536,464 and

13  7,073,528 remain in force and in effect.  However, LAING's wholesalers, distributors,

14  resellers, and other entities in the distribution chain are allowed to resell and otherwise

15  dispose of the AUTOCIRC2 products which had already left LAING's possession

16  prior to the effective date of the preliminary injunction (November 2, 2007).

17          b) Defendant LAING is enjoined from directly or indirectly aiding or

18  participating in any action contesting the validity or enforceability of U.S. Patent Nos.

19  6,536,464 and 7,073,528 in any tribunal or forum.

20          c) The permanent injunction shall be effective seven (7) calendar days

21  following the date of the order entered by this Court.

22

23

24

| | |
|---|---|
| Dated: January 9, 2008 | Dated: January 9, 2008 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Stephen F. Sherry | /s/ G. Peter Albert, Jr. |
| Stephen F. Sherry<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street<br>34th Floor<br>Chicago, Illinois 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100 | G. Peter Albert, Jr. (211248)<br>FOLEY & LARDNER LLP<br>11250 El Camino Real<br>Suite 200<br>San Diego, California 92130<br>Telephone: 858-847-6700<br>Facsimile: 858-792-6773 |
| Igor Shoiket (190066)<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | |
| Atttorneys for Plaintiff<br>Grundfos Pumps Mfg. Corp. | Attorney for Defendant<br>Laing Thermotech, Inc. |

**STIPULATION AND [PROPOSED] ORDER (1) ENTERING CONSENT JUDGMENT AND (2) PERMANENT INJUNCTION**
CASE NO. C-07-0433 JSW

4

# [PROPOSED] ORDER

Pursuant to Stipulation and Fed.R.Civ.P. 58 and 65,

1.  This Court has jurisdiction over GRUNDFOS and LAING, as well as over the subject matter of this patent infringement action.

2.  Venue is proper in this Court.

3.  LAING has acknowledged and admitted that U.S. Patent Nos. 6,536,464 and 7,073,528 are owned by GRUNDFOS and are valid and enforceable in all respects, including with respect to any future litigation, with regard to any products or parties and for all purposes.

4.  LAING has acknowledged and admitted that its manufacture, use, sale, and offer for sale in the United States of its AUTOCIRC2 SYSTEM infringed claims of U.S. Patent Nos. 6,536,464 and 7,073,528.

5.  Final Judgment is therefore entered in favor of GRUNDFOS and against LAING.  LAING'S Counterclaim is dismissed with prejudice.  LAING has acknowledged and agreed that this Final Judgment is binding upon and constitutes *res judicata* between the parties.  LAING has further waived all right to appeal from this Final Judgment.  GRUNDFOS waives all right to recover damages against LAING or LAING's customers for infringement of the patents in suit which occurred prior to the effective date of the permanent injunction.

6.  Each party shall bear is own costs and attorney's fees.

7.  Defendant LAING along with its directors, officers, employees, successors, and assigns, are permanently restrained, enjoined and prohibited from further infringement of the patents in suit including manufacturing, importing, using, selling, and/or offering for sale the AUTOCIRC2 water pump and bypass valve system

in the United States for the duration of time that U.S. Patent Nos. 6,536,464 and 7,073,528 remain in force and in effect. However, LAING's wholesalers, distributors, resellers, and other entities in the distribution chain are allowed to resell and otherwise dispose of the AUTOCIRC2 products which had already left LAING's possession prior to the effective date of the preliminary injunction (November 2, 2007).

8.  Defendant LAING is enjoined from directly or indirectly aiding or participating in any action contesting the validity or enforceability of U.S. Patent Nos. 6,536,464 and 7,073,528 in any tribunal or forum.

9.  The permanent injunction shall be effective seven (7) calendar days following the date of the order entered by this Court.

IT IS SO ORDERED,

Dated: _____

_____
JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE