1  Stephen F. Sherry *(pro hac vice)*
   Brain C. Bianco *(pro hac vice)*
2  MCANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
3  Chicago, Illinois 60661
   Telephone: (312) 775-8000
4  Facsimile: (312) 775-8100

5  Igor Shoiket (190066)
   TOWNSEND AND TOWNSEND AND CREW LLP
6  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
7  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
8
   Counsel for Plaintiff Grundfos Pumps
9  Manufacturing Corporation

10 G. Peter Albert, Jr. (211248)
   FOLEY & LARDNER LLP
11 11250 El Camino Real
   Suite 200
12 San Diego, California 92130
   Telephone: 858-847-6700
13 Facsimile: 858-792-6773

14 Counsel for Defendant Laing Thermotech, Inc.

15              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16

17 | GRUNDFOS PUMPS                          | Case No.   C-07-4033 JSW |
   | PUMPS MANUFACTURING CORP.,              |                          |
18 |                                         |                          |
   |         Plaintiff,                      |                          |
19 |                                         |                          |
   |         v.                              | **STIPULATION AND**      |
20 |                                         | **[PROPOSED] ORDER (1)** |
   |                                         | **ENTERING CONSENT**     |
21 |                                         | **JUDGMENT and (2)**     |
   |                                         | **PERMANENT INJUNCTION** |
22 | LAING THERMOTECH, INC.,                 |                          |
   |                                         |                          |
23 |         Defendant.                      | Hon. Jeffrey S. White    |

24

1   Pursuant to Northern District Civil Local Rules 7-1(a)(5) and 7-12, as well as
2   Fed.R.Civ.P. 58 and 65, Plaintiff, Grundfos Pumps Manufacturing Corporation
3   ("GRUNDFOS"), and defendant, Laing Thermotech, Inc. ("LAING"), jointly submit
4   this stipulation requesting an Order from this Court (1) entering a final consent
5   judgment in this action and (2) a permanent injunction against any further infringement
6   by defendant of plaintiff's patent rights.

## **BACKGROUND**

8   This is a patent infringement action commenced on August 6, 2007 by
9   GRUNDFOS against defendant LAING involving two patents. The patents-in-suit
10  relate generally to water control valves and pumps for use in home or industrial water
11  distribution systems that supply water to various fixtures at different temperatures
12  through different pipe systems. More specifically, the patented technology relates to
13  such water control valves that are adaptable for use with a pump and bypass valve so
14  as to bypass cold or tepid water away from the associated fixture until it reaches the
15  desired temperature.

16  LAING has manufactured, used, sold, and offered for sale in the United States
17  its AUTOCIRC2 SYSTEM which incorporates a water pump and bypass valve
18  combination, and provided installation and operating instructions to purchasers of that
19  system. GRUNDFOS alleges that the LAING AUTOCIRC2 SYSTEM infringes the
20  patents in suit.

21  LAING has answered the complaint and served a counterclaim. GRUNDFOS
22  has replied to the LAING counterclaim.

1    On October 26, 2007, the Court entered a preliminary injunction order by
2 stipulation and stayed this litigation for ninety (90) days while the parties pursued
3 further settlement discussions (Doc. 21).
4    GRUNDFOS and LAING have now reached an agreement to resolve this matter
5 by the entry of a consent final judgment and permanent injunction. A stipulation to
6 that effect and proposed order are set out below.

## STIPULATION REGARDING CONSENT JUDGMENT
## AND PERMANENT INJUNCTION

**IT IS HEREBY STIPULATED,** by and between the parties, and through their respective attorneys of record that:

(1) this Court should enter a consent final judgment incorporating the following:

a) This Court has jurisdiction over GRUNDFOS and LAING, as well as over the subject matter of this patent infringement action.

b) Venue is proper in this Court.

c) LAING acknowledges and admits that U.S. Patent Nos. 6,536,464 and 7,073,528 are owned by GRUNDFOS and are valid and enforceable in all respects, including with respect to any future litigation, with regard to any products or parties and for all purposes.

d) LAING acknowledges and admits that its manufacture, use, sale, and offer for sale in the United States of its AUTOCIRC2 SYSTEM infringed claims of U.S. Patent Nos. 6,536,464 and 7,073,528.

e) Final Judgment is therefore entered in favor of GRUNDFOS and against LAING. LAING'S Counterclaim is dismissed with prejudice. LAING acknowledges and agrees that the Final Judgment is binding upon and constitutes *res*

1  *judicata* between the parties.  LAING further waives all right to appeal from this Final
2  Judgment.  GRUNDFOS waives all right to recover damages against LAING or
3  LAING's customers for infringement of the patents in suit which occurred prior to the
4  effective date of the permanent injunction.
5          f) Each party shall bear is own costs and attorney's fees.
6      (2) the Court shall also enter a permanent injunction consistent with the
7  following provisions:
8          a) Defendant LAING along with its directors, officers, employees,
9  successors, and assigns, are permanently restrained, enjoined and prohibited from
10 further infringement of the patents in suit including manufacturing, importing, using,
11 selling, and/or offering for sale the AUTOCIRC2 water pump and bypass valve system
12 in the United States for the duration of time that U.S. Patent Nos. 6,536,464 and
13 7,073,528 remain in force and in effect.  However, LAING's wholesalers, distributors,
14 resellers, and other entities in the distribution chain are allowed to resell and otherwise
15 dispose of the AUTOCIRC2 products which had already left LAING's possession
16 prior to the effective date of the preliminary injunction (November 2, 2007).
17         b) Defendant LAING is enjoined from directly or indirectly aiding or
18 participating in any action contesting the validity or enforceability of U.S. Patent Nos.
19 6,536,464 and 7,073,528 in any tribunal or forum.
20         c) The permanent injunction shall be effective seven (7) calendar days
21 following the date of the order entered by this Court.

| | |
|---|---|
| Dated: January 9, 2008 | Dated: January 9, 2008 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Stephen F. Sherry | /s/ G. Peter Albert, Jr. |
| Stephen F. Sherry<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street<br>34th Floor<br>Chicago, Illinois 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100<br><br>Igor Shoiket (190066)<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>Atttorneys for Plaintiff<br>Grundfos Pumps Mfg. Corp. | G. Peter Albert, Jr. (211248)<br>FOLEY & LARDNER LLP<br>11250 El Camino Real<br>Suite 200<br>San Diego, California 92130<br>Telephone: 858-847-6700<br>Facsimile: 858-792-6773<br><br><br>Attorney for Defendant<br>Laing Thermotech, Inc. |

**STIPULATION AND [PROPOSED] ORDER (1) ENTERING CONSENT JUDGMENT AND (2) PERMANENT INJUNCTION**
CASE NO. C-07-0433 JSW

4

# [~~PROPOSED~~] ORDER

Pursuant to Stipulation and Fed.R.Civ.P. 58 and 65,

1. This Court has jurisdiction over GRUNDFOS and LAING, as well as over the subject matter of this patent infringement action.

2. Venue is proper in this Court.

3. LAING has acknowledged and admitted that U.S. Patent Nos. 6,536,464 and 7,073,528 are owned by GRUNDFOS and are valid and enforceable in all respects, including with respect to any future litigation, with regard to any products or parties and for all purposes.

4. LAING has acknowledged and admitted that its manufacture, use, sale, and offer for sale in the United States of its AUTOCIRC2 SYSTEM infringed claims of U.S. Patent Nos. 6,536,464 and 7,073,528.

5. Final Judgment is therefore entered in favor of GRUNDFOS and against LAING. LAING'S Counterclaim is dismissed with prejudice. LAING has acknowledged and agreed that this Final Judgment is binding upon and constitutes *res judicata* between the parties. LAING has further waived all right to appeal from this Final Judgment. GRUNDFOS waives all right to recover damages against LAING or LAING's customers for infringement of the patents in suit which occurred prior to the effective date of the permanent injunction.

6. Each party shall bear is own costs and attorney's fees.

7. Defendant LAING along with its directors, officers, employees, successors, and assigns, are permanently restrained, enjoined and prohibited from further infringement of the patents in suit including manufacturing, importing, using, selling, and/or offering for sale the AUTOCIRC2 water pump and bypass valve system

**STIPULATION AND [~~PROPOSED~~] ORDER (1) ENTERING CONSENT JUDGMENT AND (2) PERMANENT INJUNCTION**
CASE NO. C-07-0433 JSW

1

in the United States for the duration of time that U.S. Patent Nos. 6,536,464 and 7,073,528 remain in force and in effect. However, LAING's wholesalers, distributors, resellers, and other entities in the distribution chain are allowed to resell and otherwise dispose of the AUTOCIRC2 products which had already left LAING's possession prior to the effective date of the preliminary injunction (November 2, 2007).

8. Defendant LAING is enjoined from directly or indirectly aiding or participating in any action contesting the validity or enforceability of U.S. Patent Nos. 6,536,464 and 7,073,528 in any tribunal or forum.

9. The permanent injunction shall be effective seven (7) calendar days following the date of the order entered by this Court.

IT IS SO ORDERED,

Dated: January 10, 2008

*/s/ Jeffrey S. White*

JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE